UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
09-CV-1166(JMR/JSM)


Daniel R. Giannini                    )
                                      )
        v.                            )                ORDER
                                      )
Federal Bureau of Prisons et al.      )


    Petitioner objects pro se to the Report and Recommendation,
issued February 12, 2010 [Docket No. 14], by the Honorable Janie S.
Mayeron, United States Magistrate Judge.  The Report recommended
that petitioner's application for writ of habeas corpus be denied
and dismissed with prejudice.  Petitioner requested, and this Court
granted, an extension of time to file objections.

    Based upon a de novo review of the record herein, the Court
adopts the Magistrate's Report and Recommendation.

    Accordingly, IT IS ORDERED that:

    1.  The petition for a writ of habeas corpus pursuant to 28
U.S.C. § 2241 [Docket No. 1] is denied.

    2.  Petitioner's motion for an emergency hearing and
appointment of counsel [Docket No. 2] is denied.

    3. Petitioner's habeas petition is dismissed with prejudice.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  April 8, 2010


                              s/ James M. Rosenbaum
                              JAMES M. ROSENBAUM
                              United States District Judge